# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# SOUTHEASTERN DIVISION

INTERNATIONAL ASSOCIATION OF
SHEET METAL, AIR, RAIL AND
TRANSPORTATION WORKERS,
TRANSPORTATION DIVISION,

    Petitioner,

v.

KANSAS CITY SOUTHERN RAILWAY
COMPANY,

    Defendant.

Case No. 1:22-CV-00160

Hon. S. Limbaugh, Jr.

## JUDGMENT

Having considered Respondent Kansas City Railway Company's Motion to Dismiss, and Petitioner the Transportation Division of the International Association of Sheet Metal, Air, Rail and Transportation Workers' Opposition, and in accordance with the Memorandum and Order dated July 28, 2023, it is hereby:

ORDERED that Kansas City Railway Company's Motion to Dismiss be denied;

ORDERED that the National Railroad Adjustment Board ("NRAB") First Division Arbitration Award No. 31034, the Award that is the subject of this cause of action, be enforced;

ORDERED that Kansas City Southern Railway Company provide the claimant subject to NRAB First Division Arbitration Award No. 31034 backpay with no deduction for outside earnings and all vacation benefits to which he is entitled; and

ORDERED that Kansas City Southern Company pay Petitioner's attorney's fees in accordance with 45 U.S.C. § 153 First (p).

**SO ORDERED this 18th day of September, 2023.**

_____
STEPHEN N. LIMBAUGH, JR.
Senior United States District Judge