# UNITED STATES COURT OF APPEALS
## FOR THE EIGHTH CIRCUIT

_____

No: 23-3332

_____

International Association of Sheet Metal, Air, Rail, and Transportation Workers, Transportation Division, Cuyahoga, OH

Plaintiff - Appellee

v.

The Kansas City Southern Railway Company

Defendant - Appellant

_____

No: 23-3483

_____

International Association of Sheet Metal, Air, Rail, and Transportation Workers, Transportation Division, Cuyahoga, OH

Plaintiff - Appellee

v.

The Kansas City Southern Railway Company

Defendant - Appellant

------

Appeal from U.S. District Court for the Eastern District of Missouri - Cape Girardeau
(1:22-cv-00160-SNLJ)
(1:22-cv-00160-SNLJ)

------

**JUDGMENT**

Before GRUENDER, KELLY, and GRASZ, Circuit Judges.

This appeal from the United States District Court was submitted on the record of the district court, briefs of the parties and was argued by counsel.

After consideration, it is hereby ordered and adjudged that the judgment of the district court in this cause is reversed and vacated, and the cause is remanded to the district court for proceedings consistent with the opinion of this court.

January 14, 2025

Order Entered in Accordance with Opinion:
Acting Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
      /s/ Maureen W. Gornik