UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
SOUTHEASTERN DIVISION

| | |
|---|---|
| INTERNATIONAL ASSOCIATION OF SHEET METAL, AIR, RAIL AND TRANSPORTATION WORKERS, TRANSPORTATION DIVISION,<br><br>       Petitioner,<br>  v.<br><br>THE KANSAS CITY SOUTHERN RY. CO.,<br><br>       Respondent. | Case No. 1:22-CV-160-SNLJ |

## ORDER OF DISMISSAL

In accordance with the Order dated April 11, 2025 remanding this case to the First Division of the National Railroad Adjustment Board, Docket No. 50878, Award No. 31034,

**IT IS HEREBY ORDERED** that this action is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is **DIRECTED** to close this case.

**SO ORDERED** on this 14th day of April, 2025.

_____
STEPHEN N. LIMBAUGH, JR.
SENIOR UNITED STATES DISTRICT JUDGE